JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TOMAS G. MACHADO, | Case No. 22-cv-01288-SSS (AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| STATE OF CALIFORNIA FOR THE PEOPLE, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is DENIED and DISMISSED WITH PREJUDICE.

Dated: August 29, 2022

SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE